

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2023

No. 04-22-00794-CV

Frank **HERRERA**,
Appellant

v.

**INVERTERRA HOLDINGS, LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV05121
Honorable David J. Rodriguez, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We order that no appellate costs be assessed against appellant because he qualifies as indigent.

It is so **ORDERED** on March 1, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2023.

_____
Michael A. Cruz, Clerk of Court